*O*

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. *CR 11-724 CAS* |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | · Allegations of Violations of |
| | ) | Probation/Supervised Release |
| *Jose Mejia-Nuno* | ) | Conditions) |
| Defendant. | ) | |
| | ) | |

On arrest warrant issued by the United States District Court for

the *Central Dist of Cal* involving alleged violations of

conditions of ~~probation~~/supervised release:

    1.   The court finds that no condition or combination of

conditions will reasonably assure:

    A.   ( ✗ the appearance of defendant as required; and/or

    B.   ( ✗ the safety of any person or the community.

///
///
///
///
///

2.   The Court concludes:

A.   (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_See PSA report_

B.   (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_

IT IS ORDERED that defendant be detained.

DATED: _12-21-16_

Frederick F. Mumm
United States Magistrate Judge