O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR11-724-CAS |
|---|---|
| Plaintiff, | ) |
| v. | ) REVOCATION OF SUPERVISED |
| JOSE MEJIA-NUNO, | ) RELEASE AND JUDGMENT |
| Defendant. | ) |

On February 13, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on January 29, 2015. Government counsel, Peter Hardin, the defendant and his appointed Deputy Federal Public Defender attorney, Jill Ginstling, were present. The U.S. Probation Officer, Jarrod Kennelly, was also present.

The defendant admits to the allegation, in violation of his supervised release, as stated in the Petition filed on January 29, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 29, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of four (4) months.

///
///
///

Upon release from imprisonment, defendant shall be placed on supervised release for a period of eighteen (18) months, under the same terms and conditions previously imposed.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   February 13, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

cc:   U.S. Probation
      U.S. Marshal