

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 11-0724-CAS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Jose Mejia-Nuno, | ) | 18 U.S.C. § 3143(a)] |
| | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on undocumented alien status, use of numerous personal

identifiers, no known bail resources,

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: committed felonies while on release, lengthy criminal history, prior SR revocation

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Dec. 18, 2018

/s/ Jean Rosenbluth
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE