O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR11-724-CAS - 1 |
|---|---|
| Plaintiff, | ) |
| v. | ) FINAL REVOCATION OF |
| JOSE MEJIA-NUNO, | ) SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) |

On March 25, 2019 and August 5, 2019, this matter came before the Court on an Amended Petition on Probation and Supervised Release originally filed on December 26, 2018. Government counsel, Lindsay Bailey, the defendant and his appointed Deputy Federal Public Defender attorney, Jill Ginstling, were present. The U.S. Probation Officer, Ivan Martinez, was also present.

The defendant admitted to allegations 2, 3 and 4, in violation of his supervised release, as stated in the Amended Petition filed December 26, 2018. The government dismisses allegation 1, as stated in the Amended Petition filed December 26, 2018, and the Petition on Probation and Supervised Release originally filed on February 26, 2018. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 29, 2011 and February 13, 2017.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of time served, with

no supervision to follow.  This term shall run concurrently with his sentence imposed in 2:19-cr-00127: U.S.A. v. Jose Mejia-Nuno.

Defendant is informed of his right to appeal.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   August 5, 2019

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: *Catherine M. Jeang*
Catherine M. Jeang, Deputy Clerk